# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:10-cv-00589-JHN-AJWx | Date | June 29, 2010 |
| Title | Paul Noll v. TravelCenters of America LLC et al. | | |

| Present: The Honorable | JACQUELINE H. NGUYEN | |
|---|---|---|
| Alicia Mamer | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:** ORDER DENYING AS MOOT MOTION TO DISMISS (Docket No. 8) AND STIPULATION FOR EXTENSION OF TIME (Docket No. 29) (In Chambers)

On June 29, 2010, the Court remanded this case to state court. Accordingly, the Court DENIES as moot Defendant's Motion to Dismiss Case (Docket No. 8) and the parties' Stipulation for Extension of Time to File a Class Certification Motion (Docket No. 29.)

IT IS SO ORDERED.

| | : | N/A |
|---|---|---|
| Initials of Preparer | AM | |